AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| GINO PASQUALE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| LTD FINANCIAL SERVICES | ) | |
| *Defendant* | ) | CV 11-00425 HRL |

ADR

E-filing

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX 77074

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher Addy, Esq.
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/28/11

**Tiffany Salinas-Harwell**
*Signature of Clerk or Deputy Clerk*