TIMOTHY P. JOHNSON (BAR NO. 66333)
LAW OFFICES OF TIMOTHY P. JOHNSON
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

Attorneys for Defendant LTD FINANCIAL SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GINO PASQUALE,

    Plaintiff,

vs.

LTD FINANCIAL SERVICES

    Defendant

Case No. CV 11-00425 HRL

**ANSWER OF LTD FINANCIAL SERVICES TO COMPLAINT**

    Defendant, LTD FINANCIAL SERVICES, for itself and for no other defendants, answers as follows:

## INTRODUCTION

    1.    Answering paragraph 1 of the Complaint, Defendant states that paragraph 2 appears to be merely descriptive of Plaintiff's claim; however, to the extent that it can be construed to assert liability or wrongdoing on the part of Defendant, Defendant denies the allegations contained therein.

    2.    Answering paragraph 2 of the Complaint, Defendant states that paragraph 2 appears to be merely descriptive of Plaintiff's claim; however, to the

extent that it can be construed to assert liability or wrongdoing on the part of Defendant, Defendant denies the allegations contained therein.

3. Answering paragraph 3 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

## JURISDICTION AND VENUE

4. Answering paragraph 4 of the Complaint, Defendant admits the allegations contained therein.

5. Answering paragraph 5 of the Complaint, Defendant admits the allegations contained therein.

6. Answering paragraph 6 of the Complaint, Defendant admits the allegations contained therein.

## PARTIES

7. Answering paragraph 7 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every allegation therein.

8. Answering paragraph 8 of the Complaint, Defendant admits the allegations contained therein.

9. Answering paragraph 9 of the Complaint, Defendant admits the allegations contained therein.

10. Answering paragraph 10 of the Complaint, Defendant admits that its principal place of business is located in Houston, Texas. Defendant denies the remaining allegations of the paragraph.

## FACTUAL ALLEGATIONS

11. Answering paragraph 11 of the Complaint, Defendant denies the allegations contained therein.

12. Answering paragraph 12 of the Complaint, Defendant denies the allegations contained therein.

ANSWER TO COMPLAINT

13. Answering paragraph 13 of the Complaint, Defendant denies the allegations contained therein.

14. Answering paragraph 14 of the Complaint, Defendant denies the allegations contained therein.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Answering paragraph 15 of the Complaint, Defendant denies the allegations contained therein.

16. Answering paragraph 16 of the Complaint, Defendant denies the allegations contained therein

17. Answering paragraph 17 of the Complaint, Defendant denies the allegations contained therein.

18. Answering paragraph 18 of the Complaint, Defendant denies the allegations contained therein.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTIONPRACTICES ACT (RFDCPA)

19. Answering paragraph 19 of the Complaint, Defendant denies the allegations contained therein.

20. Answering paragraph 20 of the Complaint, Defendant denies the allegations contained therein.

21. Answering paragraph 21 of the Complaint, Defendant denies the allegations contained therein.

22. Answering paragraph 22 of the Complaint, Defendant denies the allegations contained therein.

ANSWER TO COMPLAINT

23. Answering paragraph 23 of the Complaint, Defendant denies the allegations contained therein.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State Cause of Action)

24. The complaint and each cause of action contained therein fails to state facts sufficient to constitute causes of action as to this answering Defendant.

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

25. The complaint and each cause of action contained therein is barred by the applicable statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

26. At all times material herein, Plaintiff failed and neglected to mitigate his damages, so as to reduce and/or diminish his claim.

## FOURTH AFFIRMATIVE DEFENSE

### (Laches)

27. This answering Defendant is informed and believes and on such basis alleges that Plaintiff has committed laches and that each and every cause of action within the complaint should fail because Plaintiff has inexcusably and unreasonably delayed the commencement of his action against this Defendant and is estopped from asserting his actions as a result thereof.

## FIFTH AFFIRMATIVE DEFENSE

### (Estoppel)

28. This answering Defendant is informed and believes that the complaint and each and every cause of action contained therein fails because of this answering Defendant's reasonable reliance on the acts or omissions of Plaintiff,

ANSWER TO COMPLAINT

whereby Plaintiff is now estopped from asserting the claims in his complaint against this answering Defendant.

### SIXTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

29. Plaintiff's claims against this answering Defendant are expressly barred as a result of Plaintiff's unclean hands.

### SEVENTH AFFIRMATIVE DEFENSE
### (Comparative Fault of Third Parties)

30. If Plaintiff suffered or sustained any damage or injury, either as alleged in the complaint, or at all, the same was directly and proximately contributed to by the negligence, recklessness, carelessness, fault, and unlawful conduct of other parties or entities, whether or not parties to this action, and damages of Plaintiff, if any, shall be reduced in proportion to the amount of negligence and/or fault attributable to such other persons or entities, whether or not parties to this action.

### EIGHTH AFFIRMATIVE DEFENSE
### (Comparative Fault)

31. If Plaintiff suffered or sustained any damage or injury, either as alleged in the complaint or at all, the same was directly and proximately contributed to by the negligence, recklessness, carelessness, fault and unlawful conduct of Plaintiff, and damages of Plaintiff, if any, shall be reduced in proportion to the amount of negligence and/or fault attributable to Plaintiff.

### NINTH AFFIRMATIVE DEFENSE

32. Any violations of law, if any occurred, resulted from a bona fide error despite the maintenance of procedures reasonably adopted to avoid any such error.

///

///

ANSWER TO COMPLAINT

WHEREFORE, this answering Defendant prays for judgment as follows:

1. Plaintiff take nothing by reason of the complaint;
2. This answering Defendant be dismissed with prejudice;
3. For costs of suit incurred herein;
4. For reasonable attorney's fees incurred herein; and
5. For such other relief as the Court deems just and proper.

Dated: February 10, 2011

**LAW OFFICES OF TIMOTHY P. JOHNSON**


By: _____Timothy Johnson_____
     TIMOTHY P. JOHNSON
     Attorneys for Defendant LTD FINANCIAL SERVICES

ANSWER TO COMPLAINT

*Pasquale v. LTD Financial Services*
**USDC, Case No. CV 11-00425**

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1970 Old Tustin Avenue, Second Floor, Santa Ana, California 92705.

On February 10, 2011, I served a true copy of **ANSWER TO COMPLAINT** on all interested parties in this action by:

[ ]   By personally delivering it to the person(s) indicated below in the manner as provided in FRCP 5(B);

[ ]   By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

[ ]   By overnight delivery using an envelope or package provided by the overnight service carrier and addressed to the following:

[X]   By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

>   Christopher Addy, Esq.
>   KROHN & MOSS, LTD
>   10474 Santa Monica Blvd, Ste 401
>   Los Angeles, CA 90025

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on February 10, 2011 at Santa Ana, California

>   /s/Timothy Johnson
>   TIMOTHY P. JOHNSON

ANSWER TO COMPLAINT