1
2
3
4
5
6                             UNITED STATES DISTRICT COURT
7                            NORTHERN DISTRICT OF CALIFORNIA
8
  GINO PASQUALE
9                                                      No. C V 11-00425
10        Plaintiff(s),                                **CONSENT TO PROCEED BEFORE A**
                                                       **UNITED STATES MAGISTRATE JUDGE**
11   v.
   LTD FINANCIAL SERVICES
12
13        Defendant(s).
                                              /
14
15          CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17   hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18   proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21   Dated: February 10, 2011
                                                      Signature
22
                                                      Counsel for   LTD FINANCIAL SERVICES
23                                                    (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

*Pasquale v. LTD Financial Services*
**USDC, Case No. CV 11-00425**

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1970 Old Tustin Avenue, Second Floor, Santa Ana, California 92705.

On February 10, 2011, I served a true copy of **CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** on all interested parties in this action by:

[ ] By personally delivering it to the person(s) indicated below in the manner as provided in FRCP 5(B);

[ ] By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

[ ] By overnight delivery using an envelope or package provided by the overnight service carrier and addressed to the following:

[X] By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

> Christopher Addy, Esq.
> KROHN & MOSS, LTD
> 10474 Santa Monica Blvd, Ste 401
> Los Angeles, CA 90025

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on February 10, 2011 at Santa Ana, California

_/s/Timothy Johnson_
TIMOTHY P. JOHNSON

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE