TIMOTHY P. JOHNSON (BAR NO. 66333)
LAW OFFICES OF TIMOTHY P. JOHNSON
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

Attorneys for Defendant LTD FINANCIAL SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINO PASQUALE<br><br>Plaintiff,<br><br>vs.<br><br>LTD FINANCIAL SERVICES<br><br>Defendant | Case No. CV 11-00425<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for LTD FINANCIAL SERVICES, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

LTD FINANCIAL SERVICES I, INC. is the general partner of LTD FINANCIAL SERVICES.

Dated: February 10, 2011

        **LAW OFFICES OF TIMOTHY P. JOHNSON**

        By:_____Timothy Johnson_____
             TIMOTHY P. JOHNSON
             Attorneys for Defendant LTD FINANCIAL SERVICES

*Pasquale v. LTD Financial Services*
**USDC, Case No. CV 11-00425**

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1970 Old Tustin Avenue, Second Floor, Santa Ana, California 92705.

On February 10, 2011, I served a true copy of **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on all interested parties in this action by:

[ ]   By personally delivering it to the person(s) indicated below in the manner as provided in FRCP 5(B);

[ ]   By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

[ ]   By overnight delivery using an envelope or package provided by the overnight service carrier and addressed to the following:

[X]   By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

Christopher Addy, Esq.
KROHN & MOSS, LTD
10474 Santa Monica Blvd, Ste 401
Los Angeles, CA 90025

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on February 10, 2011 at Santa Ana, California

　　　　　　　　　　/s/Timothy Johnson
　　　　　　　　　　TIMOTHY P. JOHNSON