UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



GINO PASQUALE

Plaintiff(s),

v.

LTD FINANCIAL SERVICES

Defendant(s).

Case No. 5:11-cv-00425-HRL

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3/23/2011

[Party]

Dated: 3/29/11

[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

Christopher Addy (SBN: 256044)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 x 271
F: (866) 799-3206
caddy@consumerlawcenter.com
Attorney for Plaintiff,
GINO PASQUALE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| GINO PASQUALE, | ) Case No.: 5:11-cv-00425-HRL |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| v. | ) |
| LTD FINANCIAL SERVICES, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ADR CERTIFICATION was filed via THE COURT'S ELECTRONIC FILING SYSTEM, wherein notice will automatically be delivered to all parties including:

Timothy P. Johnson
Email: tjohnson@johnson-chambers.com

DATED:  March 29, 2011           KROHN & MOSS, LTD.

                          By: /s/ Christopher G. Addy
                              Christopher Addy. Esq.
                              Attorney for Plaintiff

- 1 -

CERTIFICATE OF SERVICE