Christopher G. Addy Esq. (SBN: 256044)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
caddy@consumerlawcenter.com
T: (323) 988-2400 x 271;
F: (866) 799-3206
Attorney for Plaintiff
GINO PASQUALE

**E-filed 8/11/2011**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| GINO PASQUALE,<br><br>     Plaintiff,<br>  vs.<br><br>LTD FINANCIAL SERVICES, LP,<br><br>     Defendant. | Case No.: 5:11-cv-00425-JF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, GINO PASQUALE, against Defendant, LTD FINANCIAL SERVICES, LP, in the above-captioned proceeding are hereby dismissed, with prejudice.

Dated: 08/09/2011          KROHN & MOSS LTD

                           /s/ Christopher G. Addy
                           Christopher G. Addy, Esq.
                           Attorney for Plaintiff,
                           GINO PASQUALE

Dated: 08/09/2011          LAW OFFICES OF TIMOTHY P. JOHNSON

                            /s/ Timothy Johnson
                           Timothy Johnson, Esq.
                           Attorney for Defendant,
                           LTD FINANCIAL SERVICES, LP

1

Stipulation of Dismissal and [Proposed] Order

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| GINO PASQUALE,<br><br>        Plaintiff,<br><br>   vs.<br><br>LTD FINANCIAL SERVICES, LP,<br><br>        Defendant. | **Case No.: 5:11-cv-00425-JF**<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 8/11/2011

_____
Hon. Jeremy Fogel
United States District Judge